170 So.2d 865

**PITTMAN CONSTRUCTION CO., Inc.**

**v.**

**BOARD OF LEVEE COMMISSIONERS OF the ORLEANS LEVEE DISTRICT.**

No. 47587.

Feb. 5, 1965.

In re: Pittman Construction Co., Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 169 So.2d 192.

**346**

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

170 So.2d 866

**PITTMAN CONSTRUCTION COMPANY**

**v.**

**HOUSING AUTHORITY OF NEW ORLEANS.**

No. 47588.

Feb. 5, 1965.

In re: Pittman Construction Company et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 169 So.2d 122.

Writ refused. There appears no error of law in the judgment of the Court of Appeal.